1  David Boies, Esq.
   BOIES, SCHILLER & FLEXNER LLP
2  333 Main Street
   Armonk, N.Y. 10504
3  Telephone: (914)749-8200
   Facsimile: (914)749-8300
4  Email: dboies@bsfllp.com
   (*pro hac vice* pending)
5
6  David W. Shapiro, Esq. (CA Bar No. 219265)
   BOIES, SCHILLER & FLEXNER LLP
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  Email: dshapiro@bsfllp.com

11 Counsel for Plaintiffs

E-filing

FILED
2011 OCT 26  P 3: 28
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDL

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES | CV 11 5236 |
| | Case No. |
| Plaintiffs, | **PLAINTIFFS'** |
| vs. | **CERTIFICATION OF** |
| | **INTERESTED ENTITIES OR** |
| FUISZ TECHNOLOGIES, LTD., JOHN R. FUISZ, RICHARD C. FUISZ, and JOSEPH M. FUISZ | **PERSONS** |
| Defendants. | |

1

Certification of Interested Entities or Persons

1. Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The members of the Board of Directors of Theranos, Inc.: George P. Shultz, Donald L. Lucas, Robert Shapiro, Channing Robertson, Sunny Balwani.
2. Theranos shareholders.

No publicly held corporation owns 10% or more of the stock in Theranos. Nor does Theranos have any corporate parent. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: October 26, 2011.

Respectfully submitted,

David Boies, Esq.
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, N.Y. 10504
Telephone: (914)749-8200
Facsimile: (914)749-8300
Email: dboies@bsfllp.com
(*pro hac vice* pending)

David W. Shapiro, Esq. (CA Bar No. 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: dshapiro@bsfllp.com

2

Certification of Interested Entities or Persons