UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FUISZ TECHNOLOGIES, LTD., *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-5236 EMC<br><br>**AMENDED/CORRECTED ORDER GRANTING DEFENDANTS RICHARD C. FUISZ'S AND JOSEPH M. FUISZ'S MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Docket Nos. 33, 34)** |

    Defendants Richard C. Fuisz and Joseph M. Fuisz moved to enlarge time to respond to the Complaint filed by Plaintiffs Theranos, Inc. and Elizabeth Holmes from December 19, 2011 to January 13, 2012. Defendant John R. Fuisz joined in this motion. Docket No. 34. Because Plaintiffs' motion to substitute Fuisz Pharma in place of Defendant Fuisz Technologies, Ltd. is scheduled for December 23, 2011, the Court finds that an extension of time is warranted to permit Defendants to respond to the allegations of Plaintiffs' complaint after the Court has determined the appropriate parties in this case.

///
///
///
///
///
///
///

1   Defendants Richard C. Fuisz, Joseph M. Fuisz and John R. Fuisz shall file their responses to
2   Plaintiffs' Complaint by **January 13, 2012**.
3       This order disposes of Docket Nos. 33 and 34.

5       IT IS SO ORDERED.

7   Dated: December 12, 2011

    _____
    EDWARD M. CHEN
    United States District Judge

**United States District Court**
For the Northern District of California

2