# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FUISZ PHARMA LLC, et al.,<br><br>　　　　Defendants. | Case No.: C-11-05236-YGR<br><br>**ORDER REGARDING HEARING ON APRIL 3, 2012** |

There are two pending motions to dismiss before the Court. Defendant John R. Fuisz filed a motion to dismiss the claims against him on February 27, 2012. (Dkt. No. 62 ("First Motion").) The First Motion is fully briefed and scheduled for hearing on April 3, 2012. (*See* Dkt. No. 71.) Defendants Fuisz Pharma LLC, Richard C. Fuisz, and Joseph M. Fuisz filed a motion to dismiss on March 9, 2012. (Dkt. No. 65 ("Second Motion").) The Second Motion is not yet fully briefed and is scheduled for hearing on April 17, 2012. (*See* Dkt. No. 71.) Given that there are some overlapping arguments between the Motions, but that the Court will not have had time to fully consider the papers on the Second Motion before April 3, 2012, the Court will allow Defendants Fuisz Pharma LLC, Richard C. Fuisz, and Joseph M. Fuisz to preview for the Court issues raised in the Second Motion on April 3. The April 17, 2012 hearing date on the Second Motion will remain on calendar unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: March 30, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**