David Boies (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, N.Y. 10504
Tel. (914) 749-8200
Fax. (914) 749-8300
Email: dboies@bsfllp.com

David W. Shapiro (SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel. (510) 874-1000
Fax. (510) 874-1460
Email: dshapiro@bsfllp.com

Attorneys for Theranos, Inc. and Elizabeth Holmes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ,<br><br>Defendants. | CASE NO. 11-CV-05236-YGR<br><br>**PARTIES' JOINT PROPOSED SCHEDULE AND ORDER RE SAME; ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| FUISZ PHARMA LLC,<br><br>Plaintiff,<br><br>v.<br><br>THERANOS INC.,<br><br>Defendant. | CASE NO. 12-CV-03323-YGR |

Pursuant to the Court's instructions at the Case Management Conference conducted on July 30, 2012, the parties jointly submit the following proposed scheduling order.

| EVENT | PROPOSED DATE |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions, Accompanying Document Production | August 27, 2012 |
| Invalidity Contentions and Accompanying Document Production | October 11, 2012 |
| Exchange Proposed Terms for Construction | October 25, 2012 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | November 15, 2012 |
| Parties to Have Engaged in Mediation | November 16, 2012 |
| Joint Claim Construction and Prehearing Statement | December 11, 2012 |
| Completion of Claim Construction Discovery | January 11, 2013 |
| Opening Claim Construction Brief | January 25, 2013 |
| Claim Construction Response Brief | February 12, 2013 |
| Claim Construction Reply Brief and Amended Joint Claim Construction Statement | February 22, 2013 |
| Technology Tutorial | February 27, 2013 |
| Claim Construction Hearing | March 6, 2013 |
| Joint Case Management Statement | 14 days prior to Court's scheduled Case Management Conference |
| Subsequent Case Management Conference | TBD |
| Disclosure of Any Advice of Counsel | TBD |
| Completion of Fact Discovery | March 13, 2013 |
| Deadline for Designation of Expert Witnesses and Initial Expert Reports for Party Bearing Burden of Proof | TBD |
| Deadline for Rebuttal Expert Reports | TBD |
| Deadline for Reply Expert Reports | TBD |
| Completion of Expert Discovery | TBD |

| EVENT | PROPOSED DATE |
|---|---|
| Deadline to File Dispositive Motions and any *Daubert* Motions | TBD |
| Hearing on Dispositive Motions and *Daubert* Motions | TBD |
| Pretrial Conference | TBD (*see* Pretrial Instructions in Civil Cases) |
| Trial | TBD (*see* Pretrial Instructions in Civil Cases) |

Dated: August 2, 2012

By:  /s/ *William Marsillo*

BOIES, SCHILLER & FLEXNER LLP
David Boies (admitted *pro hac vice*)
Email: dboies@bsfllp.com
William D. Marsillo (admitted *pro hac vice*)
Email: wmarsillo@bsfllp.com
Lisa Nousek (admitted *pro hac vice*)
Email: lnousek@bsfllp.com
333 Main Street
Armonk, N.Y. 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

David W. Shapiro (SBN 219265)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: dshapiro@bsfllp.com

*Attorneys for Elizabeth Holmes and Theranos, Inc.*

Dated: August 2, 2012

By: _____/s/ *Jennifer Ishimoto*_____

BANIE & ISHIMOTO LLP
Jennifer Ishimoto (SBN 211845)
Email: ishimoto@banishlaw.com
David Banie (SBN 217924)
Email: banie@banishlaw.com
1999 South Bascom Ave., Suite 700
Campbell, CA 95008
Telephone: (650) 549-5651
Facsimile: (415) 665-2520

*Attorneys for Fuisz Pharma LLC, Richard C. Fuisz and Joseph M. Fuisz*

### ~~PROPOSED~~ ORDER

Subject to the Court's modifications to the Joint Proposed Schedule, the Court hereby enters the above proposed schedule as the schedule in these actions.

The Court further **ORDERS** that the parties supplement the process of identifying the claims terms to be construed. For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Grewal, to conduct a settlement conference by no later than November 16, 2012. The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Grewal. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates.

**IT IS SO ORDERED.**

DATED: August 7, 2012

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE