UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FUISZ PHARMA LLC, et al.,<br><br>　　　　　Defendants. | Case No.: C-11-05236-YGR<br>Related Case No.: C-12-03323-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE GREWAL** |

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is **REFERRED** to Magistrate Judge Grewal for all purposes, including trial and entry of judgment.

The parties will be advised of the date, time, and place of the next appearance by notice from Judge Grewal.

**IT IS SO ORDERED.**

Dated: February 7, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc:　　Magistrate Judge Grewal