UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THERANOS, INC., et al, | ) | Case No.: C 11-5236 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER SETTING STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| FUISZ TECHNOLOGIES, LTD., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties recently have consented to magistrate judge jurisdiction, and the case has been reassigned to the undersigned.  The parties shall appear for a status conference for Tuesday, February 26, 2013 at 10:00 a.m.  Prior to that status conference, the parties shall meet and confer to determine an appropriate pretrial schedule and the appropriate scope of the issues for trial.

**IT IS SO ORDERED.**

Dated:  February 7, 2013

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-5539 PSG
ORDER