# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: February 26, 2013                                      Time in Court: 21 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:56 to 11:17)

**TITLE: Theranos, Inc., et al. v. Fuisz Technologies, Ltd., et al.**
**CASE NUMBER**: CV11-05236 PSG
*RELATED CASE:*
*CV12-03323 PSG–Fuisz Pharma, LLC v. Theranos, Inc.*
Plaintiff Attorney(s) present: Michael Underhill, Michael Jay and Meredith Dearborn
Defendant Attorney(s) present: Jennifer Ishimoto and David Banie

### PROCEEDINGS:
### Status Conference

Status conference held.
Court to issue case scheduling order.
Parties to submit 5 page letter brief addressing pending dispute referred by Judge Gonzalez Rogers.

///