1  JENNIFER L. ISHIMOTO, SBN 211845
   ishimoto@banishlaw.com
2  DAVID BANIE, SBN 217924
   banie@banishlaw.com
3  BANIE & ISHIMOTO LLP
   1999 South Bascom Ave., Suite 700
4  Campbell, CA 95008
   Telelphone: (650) 549-5660
5  Facsimile: (415) 665-2520

6  Attorneys for Defendants
   Fuisz Pharma LLC, Richard C. Fuisz,
7  and Joseph M. Fuisz

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES, | Case No. 5:12-cv-03323-PSG |
| Plaintiffs, | **STIPULATION TO DISMISS PATENT CLAIM AND COUNTERCLAIM WITHOUT PREJUDICE** |
| v. | |
| FUISZ PHARMA LLC, JOHN R. FUISZ, RICHARD C. FUISZ, and JOSEPH M. FUISZ, | |
| Defendants. | Date Comp. Filed: October 26, 2011 |
| FUISZ PHARMA, LLC, | Case No. 5:11-cv-05236-PSG |
| Counterclaimant, | |
| v. | |
| THERANOS, INC, | |
| Counter-Defendant. | |

-1-

BANIE & ISHIMOTO

STIPULATION TO DISMISS PATENT CLAIM AND COUNTERCLAIM WITHOUT PREJUDICE
Case No. 5:12-cv-03323-PSG; Case No. 5:11-cv-05236-PSG

# **STIPULATION OF DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO U.S. PATENT NO. 7,824,612**

Plaintiff Elizabeth Holmes and plaintiff and counter-defendant Theranos, Inc. ("Theranos") (collectively "Plaintiffs"), on the one hand, and defendant and counterclaimant Fuisz Pharma LLC ("Fuisz Pharma") and defendants Richard M. Fuisz and Joseph R. Fuisz (collectively "Defendants"), on the other, pursuant to Fed. R. Civ. P. 41 (a)(2), hereby stipulate and jointly move for an order: (1) dismissing without prejudice all claims brought by Fuisz Pharma against Theranos with respect to U.S. Patent 7,824,612 ("the '612 Patent"), brought as a counterclaim by Fuisz Pharma in Case No. 5:12-cv-03323-PSG; and (2) dismissing without prejudice all claims brought by Fuisz Pharma against Theranos with respect to the '612 Patent, brought as a claim by Fuisz Pharma in Case No. 5:11-cv-05236-PSG.

The parties shall bear their own costs, expenses and attorneys' fees with respect to these claims. The Court shall retain jurisdiction to enforce the provisions of the parties' Agreement.

**IT IS SO STIPULATED.**

Dated:  BANIE & ISHIMOTO LLP

By   /s/ *David Banie*
JENNIFER L. ISHIMOTO
DAVID BANIE

COUNSEL FOR DEFENDANTS FUISZ PHARMA LLC, RICHARD C. FUISZ, AND JOSEPH M. FUISZ

Dated:  BOIES, SCHILLER & FLEXNER LLP

By   /s/ *Michael D. Jay*
MICHAEL D. JAY

COUNSEL FOR PLAINTIFFS THERANOS, INC. AND ELIZABETH HOLMES

BANIE & ISHIMOTO

-1-
STIPULATION TO DISMISS PATENT CLAIM AND COUNTERCLAIM WITHOUT PREJUDICE
Case No. 5:12-cv-03323-PSG; Case No. 5:11-cv-05236-PSG

1  **PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

2  DATED: _____, 2013.

5  _____
   THE HONORABLE PAUL S. GREWAL
   UNITED STATES MAGISTRATE JUDGE

BANIE & ISHIMOTO

-2-
STIPULATION TO DISMISS PATENT CLAIM AND COUNTERCLAIM WITHOUT PREJUDICE
Case No. 5:12-cv-03323-PSG; Case No. 5:11-cv-05236-PSG

**GENERAL ORDER ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: March 8, 2013

*/s/ David Banie*
DAVID BANIE
COUNSEL FOR DEFENDANTS FUISZ PHARMA LLC, RICHARD C. FUISZ, AND JOSEPH M. FUISZ

BANIE & ISHIMOTO

-3-
STIPULATION TO DISMISS PATENT CLAIM AND COUNTERCLAIM WITHOUT PREJUDICE
Case No. 5:12-cv-03323-PSG; Case No. 5:11-cv-05236-PSG