# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 2, 2013　　　　　　　　　　Time in Court: 1 hour and 22 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Theranos, Inc., et al. v. Fuisz Technologies, Ltd., et al.**
**CASE NUMBER**: **CV11-05236 PSG**
Plaintiff Attorney(s) present: Meredith Dearborn, D. Michael Underhill and Michael Jay
Defendant Attorney(s) present: Stephen Saltzburg, John Lee and Jennifer Ishimoto

### PROCEEDINGS:
### Claims Construction

Claims construction hearing held.
Counsel to submit a joint letter brief (not to exceed 10 pages, 5 pages per side, single-spaced) addressing jury or bench trial designation by 8/9/2013.
The court issues constructions from the bench. Court to issue written opinion.
Counsel to submit a joint letter brief (not to exceed 6 pages, 3 pages per side) briefing the term "analyte" by 8/9/2013. Counsel to address whether they have met and conferred as to agreed construction or propose construction if unable to agree.

///