1 | DAVID BOIES (admitted *pro hac vice*)
Email: dboies@bsfllp.com
2 | WILLIAM MARSILLO (admitted *pro hac vice*)
Email: wmarsillo@bsfllp.com
3 | BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
4 | Telephone: (914) 749-8200
Facsimile: (914) 749-8300

MICHAEL D. JAY (SBN 223827)
Email: mjay@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

*Attorneys for Plaintiffs*
THERANOS, INC. and ELIZABETH HOLMES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>  Plaintiffs,<br>  v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ,<br><br>  Defendants. | Case No. 11-CV-05236-PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR BRIEFING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dept.:  Courtroom 5, 4th Floor<br>Judge:  Honorable Paul Singh Grewal |

1   Pursuant to Civil Local Rule 6-2, Plaintiffs Theranos, Inc. and Elizabeth Holmes, by and
2   through their counsel of record, and Defendants Fuisz Pharma LLC, Richard C. Fuisz, and Joseph M.
3   Fuisz, by and through their counsel of record, stipulate as follows:
4   WHEREAS, Defendants filed a Notice of Motion and Motion for Summary Judgment on All
5   Claims Other Than Invalidity and in the Alternative for Partial Summary Judgment on July 25, 2013;
6   WHEREAS, pursuant to Civil L.R. 7-3, Plaintiffs' deadline for filing an Opposition to
7   Defendants' Motion and Motion for Summary Judgment on All Claims Other Than Invalidity and in
8   the Alternative for Partial Summary Judgment is August 8, 2013;
9   WHEREAS, pursuant to Civil L.R. 7-3, Defendants' deadline for filing a Reply in support of
10  its Motion for Summary Judgment on All Claims Other Than Invalidity and in the Alternative for
11  Partial Summary Judgment is August 15, 2013;
12  WHEREAS, the commentary to Civil L.R. 7-2 specifies that "[t]he time periods set forth in
13  Civil L.R. 7-2 and 7-3 regarding notice, response and reply to motions are minimum time periods"
14  and, "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing
15  a longer notice period with correspondingly longer periods for response or reply."
16  WHEREAS, the parties have met and conferred regarding the deadlines for filing their
17  opposition and reply briefs, and have agreed to a short extension of these deadlines: to August 12,
18  2013 for Plaintiffs' Opposition, and to August 21, 2013 for Defendants' Reply;
19  WHEREAS the hearing for Motion for Summary Judgment on All Claims Other Than
20  Invalidity and in the Alternative for Partial Summary Judgment is set for September 3, 2013;
21  WHEREAS the parties are not seeking to change the date set for the hearing for Defendants'
22  Motion for Summary Judgment on All Claims Other Than Invalidity and in the Alternative for Partial
23  Summary Judgment;
24  WHEREAS this stipulation does not require any amendment to the case schedule ordered by
25  the Court on June 14, 2013 (Dkt. No. 166);
26
27
28

THEREFORE, THE PARTIES JOINTLY STIPULATE AND AGREE that the filing deadline for Plaintiffs' Opposition to Defendants' Motion and Motion for Summary Judgment on All Claims Other Than Invalidity and in the Alternative for Partial Summary Judgment is August 12, 2013, and that the filing deadline for Defendants' Reply in support of its Motion for Summary Judgment on All Claims Other Than Invalidity and in the Alternative for Partial Summary Judgment is August 21, 2013. An accompanying Declaration sets forth the items required by Civil Local Rule 6-2.

**IT IS SO STIPULATED.**

Dated: August 6, 2013				BOIES, SCHILLER & FLEXNER LLP

						By: */s/ Michael D. Jay*
						        Michael D. Jay

						*Attorneys for Plaintiffs*
						Theranos Inc. and Elizabeth Holmes

Dated: August 6, 2013				BANIE & ISHIMOTO LLP

						By: */s/ Jennifer Ishimoto*
						        Jennifer Ishimoto

						*Attorneys for Defendants*
						Fuisz Pharma LLC, Richard C. Fuisz,
						and Joseph M. Fuisz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __, 2013
						_____
						PAUL SINGH GREWAL
						United States Magistrate Judge

**ATTESTATION OF FILER**

I, Michael D. Jay, attest that I have obtained permission from Jennifer Ishimoto to file this document on each of his behalf.

Dated: August 6, 2013                    BOIES, SCHILLER & FLEXNER LLP

By: */s/ Michael D. Jay*_____
    Michael D. Jay

*Attorneys for Plaintiffs
Elizabeth Holmes and Theranos, Inc.*