United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| 12  THERANOS, INC., et al, ) | Case No.: C 11-5236 PSG |
| ) | |
| 13          Plaintiffs, ) | **ORDER RE: PARTIES'** |
|      v.                          ) | **STIPULATION TO CONSTRUCTION** |
| 14 ) | |
| FUISZ TECHNOLOGIES, LTD., et al, ) | **(Re: Docket No. 182)** |
| 15 ) | |
|          Defendants. ) | |
| 16 ) | |
| ) | |
| 17 ) | |

18          In its order providing constructions for claim terms from United States Patent No.

19  7,824,612, the court determined that the term "analyte" required construction and invited the

20
parties to provide their positions via joint letter brief.  The parties agree that the term should be

21
construed as "substance that is analyzed."  The court concurs and adopts that construction.

22

23  **IT IS SO ORDERED.**

24  Dated:  August 9, 2013

25
                                    _____
26                                  PAUL S. GREWAL
                                    United States Magistrate Judge
27

28
                                        1

Case No.: 11-5236 PSG
ORDER