1  David Boies (admitted *pro hac vice*)
   Email: dboies@bsfllp.com
2  William D. Marsillo (admitted *pro hac vice*)
   Email: wmarsillo@bsfllp.com
3  BOIES, SCHILLER & FLEXNER LLP
4  333 Main Street, Armonk, NY 10504
   Telephone: (914) 749-8200
5  Facsimile: (914) 749-8300

6  Michael D. Jay (SBN 223827)
   Email: mjay@bsfllp.com
7  BOIES, SCHILLER & FLEXNER LLP
   401 Wilshire Blvd., Suite 850
8  Santa Monica, CA 90401
9  Telephone: (310) 752-2400
   Facsimile: (310) 752-2490

*Counsel for Plaintiffs Theranos, Inc. and Elizabeth Holmes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES, <br><br> Plaintiffs, <br> v. <br><br> FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ, <br><br> Defendants. | Case No. 11-CV-05236-PSG <br><br> **DECLARATION OF DR. CHANNING ROBERTSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FUISZ PHARMA LLC'S, JOSEPH FUISZ'S, AND RICHARD FUISZ'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS OTHER THAN INVALIDITY AND IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT** |

# Declaration Conditionally Filed Under Seal Pursuant to Local Rule 7-11 and 79-5