1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>        Plaintiffs,<br>  v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ,<br><br>        Defendants. | Case No. 11-CV-05236-PSG<br><br>[PROPOSED] ORDER TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN EXHIBITS<br><br>Dept.:  Courtroom 5, 4th Floor<br>Judge:  Honorable Paul Singh Grewal<br><br>(Re: Docket No. 205)<br><br>**TRIAL DATE: NOVEMBER 18, 2013** |

1   This matter came before the Court on Plaintiffs' Administrative Motion to File Under Seal and the supporting Declaration of Michael D. Jay. Based on the submissions to the Court, compelling reasons to file under seal having been found, the Court hereby **GRANTS** the request as outlined in the Declaration of Michael D. Jay. The following materials shall remain under seal:

- Exhibit 8 to the Declaration of William Marsillo In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Marsillo Decl."), pp. 71:2–72:22 and 82:4–83:22;

- Marsillo Decl. Ex. 13, at pp. 15:1–16:25, 112:1–25, 178:1–25, and 265:1–266:25;

- Marsillo Decl. Ex. 14, at pp. 51:1–52:25;

- Marsillo Decl. Ex. 26;

- Marsillo Decl. Ex. 29;

- The Declaration of Channing Robertson in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment;

- The Declaration of Noel Holmes in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment; and

- Portions of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment (Dkt. 206) referencing or reflecting the above materials.

IT IS SO ORDERED.

Dated:  __August 21__, 2013      By: _____
                                  The Honorable Paul S. Grewal
                                  UNITED STATES MAGISTRATE JUDGE