1  DAVID BOIES (admitted *pro hac vice*)
   Email: dboies@bsfllp.com
2  WILLIAM MARSILLO (admitted *pro hac vice*)
   Email: wmarsillo@bsfllp.com
3  BOIES, SCHILLER & FLEXNER LLP
   333 Main Street, Armonk, NY 10504
4  Telephone: (914) 749-8200
   Facsimile: (914) 749-8300

5

   MICHAEL D. JAY
6  Email: mjay@bsfllp.com
   BOIES, SCHILLER & FLEXNER LLP
7  225 Santa Monica Blvd., 11th Floor
   Santa Monica, CA 90401
8  Telephone: (310) 393-9119
   Facsimile: (310) 395-5877

9

   *Attorneys for Plaintiffs*
10 THERANOS, INC. and ELIZABETH HOLMES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES, | Case No. 11-CV-05236-PSG |
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective immediately Vincent Y. Liu should be removed from the email notification in this matter, as he is leaving the firm of Boies, Schiller & Flexner LLP, counsel for plaintiffs.

Dated: August 29, 2013

By: */s/ Vincent Y. Liu*
Vincent Y. Liu