# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 10, 2013                                      Time in Court: 8 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (4:00 to 4:08)

**TITLE: Theranos, Inc., et al. v. Fuisz Pharma, LLC, et al.**
**CASE NUMBER**: **CV11-05236 PSG**
Plaintiff Attorney(s) present (*telephonically*): Michael Jay, William Marsillo and Meredith Dearborn.
Defendant Attorney(s) present (*telephonically*): Stephen Saltzburg and Jennifer Ishimoto.

### PROCEEDINGS:
### Status Conference

Status conference held.
Dates for continuance of 1/6/14 trial are provided to parties.
3/12/14 jury selection with 3/13/14 trial start date available.
3/26/14 jury selection (afternoon) with 3/27/14 trial start date available.
Parties to reach out to the court to confirm availability.
1/6/14 jury trial is vacated.

///