UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>  Plaintiffs,<br>  v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ,<br><br>  Defendants. | Case No. 11-CV-05236-PSG<br><br>[~~PROPOSED~~] ORDER TO KEEP PORTIONS OF EXHIBIT 6 TO THE FUISZ DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL<br><br>Dept.:  Courtroom 5, 4th Floor<br>Judge:  Honorable Paul Singh Grewal<br><br>**TRIAL DATE: NOVEMBER 18, 2013** |

1  This matter came before the Court on Defendants' Administrative Motion to File Under Seal
2  (Dkt. 236), as well as the supporting Declaration of Michael D. Jay pursuant to Local Rule 79-5(d).
3  Based on the submissions to the Court, the Court hereby **GRANTS** the request as follows:
4
5  1. That page 208, lines 1 through 7 of Exhibit 6 to the Declaration of Jennifer Ishimoto
6     supporting Defendants' August 23, 2013 reply in support of their motion for summary
7     judgment shall be kept under seal.
8  IT IS SO ORDERED.

12  Dated: __October 16__, 2013          By: _____
13                                            The Honorable Paul S. Grewal
                                              United States Magistrate Judge

1

PROPOSED ORDER
NO. 11-CV-05236-PSG