UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: December 18, 2013                                       Time in Court: 38 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (4:01 to 4:39)

**TITLE: Theranos, Inc., et al. v. Fuisz Pharma, LLC, et al.**
**CASE NUMBER**: CV11-05236 PSG
Plaintiff Attorney(s) present: Mike Underhill and Meredith Dearborn.
Defendant Attorney(s) present: Jennifer Ishimoto.  Also present (*telephonically*): Stephen Saltzburg, Joseph Fuisz and Richard Fuisz.

## PROCEEDINGS:
**Defendants' Motion to Withdraw as Counsel and for Fuisz Pharma LLC, Joseph Fuisz, and Richard Fuisz to Proceed Pro Se (Dkt. No. 272)**

The court defers entry of ruling on motion to withdraw.
Trial date will remain as presently calendared.
The court is open to any stipulated solutions regarding entity question and AEO issue. Parties to meet and confer.  Any stipulation to be submitted to the court for its review.
The court is open to advance trial to January 2014.
Parties to reach out to the court if unable to reach agreement to schedule a telephonic hearing.

///