| | |
|---|---|
| 1 | Name: Joseph Matus Fuisz |
| 2 | Address: 10350 W Bay Harbor Dr, 8C<br>Bay Harbor Island, FL 33154 |
| 3 | Phone Number: 202-669-5097 |
| 4 | E-mail Address: jfuisz@fuisz.com |
| 5 | Pro Se |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Theranos, Inc. et al.                   )   Case Number: 5:11cv05236
                                        )
                                        )   [~~PROPOSED~~] ORDER GRANTING
                                        )   MOTION FOR PERMISSION FOR
        Plaintiff,                      )   ELECTRONIC CASE FILING
                                        )
    vs.                                 )   DATE:
Fuisz Technologies Ltd et al.           )   TIME:
                                        )   COURTROOM:
                                        )   JUDGE:
                                        )
        Defendant.                      )

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 16, 2014                 _____
                                        Paul S. Grewal

                                        United States ~~District~~/Magistrate Judge