UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>    Plaintiffs,<br>v.<br><br>FUISZ PHARMA LLC, et al.,<br><br>    Defendants. | Case No. 5:11-cv-05236-PSG<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**(Re: Docket No. 312)** |

Before the court is Defendants' request for a status conference regarding pending pretrial deadlines in this case. The court invites an opposition from Plaintiffs by tomorrow at 5 p.m. and sets this matter for a hearing on Wednesday, February 12, 2014, at 9 a.m. Telephonic appearances are permitted without leave of the court.

**IT IS SO ORDERED.**

Dated: February 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:11-cv-05236-PSG
ORDER SETTING STATUS CONFERENCE