UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>        Plaintiffs,<br><br>    v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ,<br>and JOSEPH M. FUISZ,<br><br>        Defendants. | Case No. 11-CV-05236-PSG<br><br>**[PROPOSED] ORDER GRANTING<br>ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept.:  Courtroom 5, 4th Floor<br>Judge:  Honorable Paul Singh Grewal<br><br>**TRIAL DATE: MARCH 13, 2013** |

BOIES, SCHILLER & FLEXNER LLP
SANTA MONICA, CALIFORNIA

This matter came before the Court on Plaintiffs' Administrative Motion To Seal Exhibits A through G to Plaintiffs' Motion to Re-Designate Theranos's Fact Witness Designations from AEO to Confidential.  The motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____ 2,10 _, 2014

By: _____
The Honorable Paul S. Grewal
United States Magistrate Judge

B O I E S ,  S C H I L L E R  &  F L E X N E R  L L P
S A N T A  M O N I C A ,  C A L I F O R N I A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28