UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES, <br><br>        Plaintiffs, <br><br>    v. <br><br> FUISZ PHARMA LLC, et al., <br><br>        Defendants. | Case No. 5:11-cv-05236-PSG <br><br> **ORDER RE: SHORTENED TIME** |

The docket reflects motion practice in contravention of the Civil L.R.'s notice requirements.[1] As the case inches closer to trial, the parties are reminded that if they wish to have the court take up a motion on shortened time, they must file a motion to shorten time in compliance with Civil. L.R. 6-3.[2]

---

[1] *See* Civil L.R. 7-2(a) ("Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion. Fed. R. Civ. P. (6)(d) does not apply and thus does not extend this deadline.").

[2] *See* Civil L.R. 6-3 (Motion to Change Time)

(a) Form and Content. A motion to enlarge or shorten time may be no more than 5 pages in length and must be accompanied by a proposed order and by a declaration that:

   (1)  Sets forth with particularity, the reasons for the requested enlargement or shortening of time;

   (2)  Describes the efforts the party has made to obtain a stipulation to the time change;

1

Case No. 5:11-cv-05236-PSG
ORDER RE: SHORTENED TIME

**IT IS SO ORDERED.**

Dated: February 14, 2014

                                    PAUL S. GREWAL
                                    United States Magistrate Judge

---

    (3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; and

    (4) If the motion is to shorten time for the Court to hear a motion:

        (i) Describes the moving party's compliance with Civil L.R. 37-1(a), where applicable, and

        (ii) Describes the nature of the underlying dispute that would be addressed in the motion and briefly summarizes the position each party had taken.

    (5) Discloses all previous time modifications in the case, whether by stipulation or Court order;

    (6) Describes the effect the requested time modification would have on the schedule for the case.