# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 5, 2014                              Time in Court: 1 hour and 51 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Theranos, Inc., et al. v. Fuisz Pharma, LLC, et al.**
**CASE NUMBER**: **CV11-05236 PSG**
Plaintiff Attorney(s) present: D. Michael Underhill, Michael Jay, William Marsillo & Meredith Dearborn.  Also present (telephonically): David Boies
Defendant Attorney(s) present: Joseph & Richard Fuisz, *in pro se.* Also present (telephonically): Rhonda Anderson

### PROCEEDINGS:
1.) Pretrial Conference
2.) Defendants Fuisz' Motion to Exclude Testimony of Theranos' Experts Robert Leonard, William Clarke & Channing Robertson (Dkt. 300-3)
3.) Defendants Fuisz' Motion for Adverse Inference Jury Instructions for Spoliation or the ReOpening of Discovery (Dkt. 326-2)
4.) Plaintiffs' Motion in Limine to Exclude the Report and Testimony of Dr. Bryan Bergeron (Dkt. 327-4)
5.) Defendants Fuisz' First Motion in Limine (Dkt. 331)
6.) Plaintiffs' Motion in Limine 1 to 6 (Dkt. Nos. 335-1 to 335-9)
7.) AEO Counsel's Motion for Redesignation of Certain AEO Materials as Confidential (Dkt. 341)
8.) Defendants Fuisz' Second Motion in Limine (Dkt. Nos. 344-2)
9.) Defendants Fuisz' Emergency Motion to Dismiss Plaintiffs' 35 USC Section 256 Cause of Action with Prejudice (Dkt. 348-3)

Court to issue written order as to motions.  Advisory jury to be seated, 9 jurors, no alternates.  The court allots 30 minutes per side for voir dire.  The court allots 3 peremptories per side, a pass will count as a strike.  Counsel and Defendants to appear at 8:30 a.m. to address any preliminary matters.  Trial will run from 9:00 a.m. to 4:30 p.m. as time permits.  Trial on 3/18/14 and 3/25/14 will begin at 1:30 p.m.

///