Joseph Matus Fuisz
10350 W Bay Harbor Dr, 8C
Bay Harbor Island, FL  33154
PRO SE DEFENDANT

Richard C. Fuisz
1238 Coldwater Canyon Dr
Beverly Hills, CA 90210
PRO SE DEFENDANT

Fuisz Pharma LLC
10350 W Bay Harbor Dr, 8C
Bay Harbor Island, FL  33154

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS, INC., et al.,<br><br>        Plaintiffs,<br>v.<br><br>FUISZ TECHNOLOGIES, LTD. et al,<br><br>        Defendants. | CASE NO. Case No. 11-cv-05236-PSG<br><br>FUISZ ADMINISTRATIVE MOTION TO FILE UNDER SEAL FUISZ MOTION FOR DISCOVERY SANCTIONS<br><br><br>Trial Date: March 13, 2014 |

Pursuant to Civil Local Rules 7-11, 99-5(e) as well as the Protective Order (dkt 79), Richard Fuisz, Joseph Fuisz and Fuisz Pharma LLC (together, "Fuisz") hereby move to file portions of their Motion for Discovery Sanctions under seal. Exhibit A is an excerpt from the Deposition of Timothy Kemp.   Exhibit B is an excerpt from the Deposition of Channing Robertson.  Both of Exhibit A and Exhibit B are currently designated as "confidential" by Plaintiffs.

        Dated: March 9, 2014

                JOSEPH FUISZ, Pro Se

1   By:   /s/ Joseph Fuisz

2   RICHARD FUISZ, Pro Se

3   By:   /s/ Richard Fuisz

4   FUISZ PHARMA LLC