```
 1                  IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                            SAN JOSE DIVISION

 4

 5
       THERANOS, INC., ET AL,        )  CV-11-5236-PSG
 6                                   )
                 PLAINTIFF,          )  SAN JOSE, CALIFORNIA
 7                                   )
                 VS.                 )  MARCH 17, 2014
 8                                   )
       FUISZ PHARMA, LLC, ET AL,     )  VOLUME 4
 9                                   )
                 DEFENDANT           )  PAGES 383-393
10                                   )

11

12                       TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE PAUL S. GREWAL
13                      UNITED STATES DISTRICT JUDGE

14

15     A P P E A R A N C E S:

16     FOR THE PLAINTIFF:     BOIES, SCHILLER & FLEXNER, LLP
                              BY: MICHAEL UNDERHILL
17                            5301 WISCONSIN AVENUE, N.W.
                              WASHINGTON, D.C. 20015
18

19     FOR THE DEFENDANT:     PRO SE
                              BY: JOSEPH MATUS FUISZ
20                            10350 W. BAY HARBOR DRIVE, 8C
                              BAY HARBOR ISLAND, FL 33154
21

22     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
       PRODUCED WITH COMPUTER.
23
                      APPEARANCES CONTINUED ON NEXT PAGE
24

25     OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185
```

```
 1    FOR THE PLAINTIFF:      BOIES SCHILLER FLEXNER, LLP
                              BY:  DAVID BOIES
 2                                 WILLIAM MARSILLO
                              333 MAIN STREET
 3                            ARMONK, NY 10504

 4    FOR THE PLAINTIFF:      BOIES, SCHILLER & FLEXNER, LLP
                              BY:  MEREDITH DEARBORN
 5                            1999 HARRISON STREET, STE 900
                              OAKLAND, CA 94612
 6

 7    FOR THE DEFENDANT:      ATTORNEY AT LAW
                              BY:  RHONDA ANDERSON
 8                            2655 LEJUNE RD, STE 540
                              CORAL GABLES, FL 33134
 9

10    FOR THE DEFENDANT:      PRO SE
                              BY:  RICHARD CARL FUISZ
11                            1238 COLDWATER CANYON DRIVE
                              BEVERLY HILLS, CA 90210
12

13    FOR THE DEFENDANT:      ATHINA BALTA LAW GROUP, PLLC
                              BY:  ATHINA BALTA
14                            1425 K STREET, N.W., STE 350
                              WASHINGTON, DC 20005
15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA    MARCH 17, 2014 |
| 2 | P R O C E E D I N G S |
| 3 | (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS |
| 4 | WERE HELD OUT OF THE PRESENCE OF THE JURY:) |
| 5 | THE COURT: MR. RIVERA, WOULD YOU PLEASE CALL THE |
| 6 | MATTER THAT'S SET FOR TRIAL. |
| 7 | THE CLERK: YES, YOUR HONOR. |
| 8 | CALLING THERANOS, INC., ET AL VERSUS FUISZ PHARMA, LLC, |
| 9 | ET AL. CASE NUMBER CV-11-5236-PSG. |
| 10 | MATTER ON FOR TRIAL. |
| 11 | COUNSEL, PLEASE STATE YOUR APPEARANCES. |
| 12 | MR. BOIES: GOOD MORNING, YOUR HONOR. |
| 13 | DAVID BOIES REPRESENTING THE PLAINTIFFS. |
| 14 | WITH ME AT COUNSEL TABLE IS MIKE UNDERHILL AND MEREDITH |
| 15 | DEARBORN, AND OUR CLIENT REPRESENTATIVE ELIZABETH HOLMES. |
| 16 | THE COURT: MR. BOIES, GOOD MORNING TO YOU AND YOUR |
| 17 | COLLEAGUES. |
| 18 | MR. BOIES: THANK YOU. |
| 19 | MR. J. FUISZ: GOOD MORNING, YOUR HONOR. |
| 20 | JOE FUISZ, PRO SE. |
| 21 | THE COURT: MR. FUISZ. |
| 22 | MS. BALTA: GOOD MORNING, YOUR HONOR. |
| 23 | ATHINA BALTA REPRESENTING FUISZ PHARMA. |
| 24 | MS. ANDERSON: RHONDA ANDERSON REPRESENTING FUISZ |
| 25 | PHARMA. |

| | |
|---|---|
| 1 | MR. R. FUISZ: RICHARD FUISZ, PRO SE. |
| 2 | THE COURT: LET ME BEGIN BY JUST NOTING I DID SIGN A |
| 3 | CERTAIN PRO HAC VICE ORDER A FEW MINUTES AGO, SO I BELIEVE WE |
| 4 | NOW HAVE A FULL TEAM ON THE DEFENSE SIDE. |
| 5 | MR. J. FUISZ: THANK YOU, YOUR HONOR. |
| 6 | THE COURT: WITH THAT, I UNDERSTAND CERTAIN |
| 7 | DEVELOPMENTS HAVE TAKEN PLACE OVER THE WEEKEND THAT YOU WOULD |
| 8 | LIKE TO GET ME UP TO SPEED ON. |
| 9 | MR. BOIES: YES, YOUR HONOR. |
| 10 | MAY WE APPROACH THE BENCH? |
| 11 | THE COURT: YOU MAY. OF COURSE. |
| 12 | (SIDE-BAR DISCUSSION OFF THE RECORD.) |
| 13 | MR. BOIES: OVER THE WEEKEND AND PARTICULARLY |
| 14 | YESTERDAY AFTERNOON, EVENING, THE PARTIES MET FOR A NUMBER OF |
| 15 | HOURS, AND I'M PLEASED TO BE ABLE TO INFORM THE COURT THAT WE |
| 16 | HAVE RESOLVED THE CASE. |
| 17 | WE HAVE A SIGNED SETTLEMENT AGREEMENT THAT WE WOULD |
| 18 | INTEND TO IMPLEMENT TODAY. |
| 19 | WE WOULD NEED TO DRAFT A JUDGMENT THAT IS BEING -- IN THE |
| 20 | PROCESS OF DRAFTING RIGHT NOW THAT WE WOULD SUBMIT TO THE COURT |
| 21 | FOR ITS CONSIDERATION. |
| 22 | WE ALSO WILL HAVE A SOMEWHAT MORE FORMAL SETTLEMENT |
| 23 | AGREEMENT, ALTHOUGH THIS AGREEMENT ITSELF IS INTENDED TO BE |
| 24 | BINDING. |
| 25 | THE COURT: ALL RIGHT. |

```
1            MS. ANDERSON, MR. FUISZ, DO YOU WISH TO ADD INTERESTING?
2            MR. J. FUISZ:  NOTHING TO ADD.
3            MS. ANDERSON:  NO, NOTHING TO ADD.
4            THE COURT:  MR. UNDERHILL?  I DON'T WANT TO EXCLUDE
5    YOU, SIR.
6            MR. UNDERHILL:  NO.
7            THE COURT:  OKAY.  ALL RIGHT.
8         I UNDERSTAND THE PLAN, PURSUANT TO THIS SETTLEMENT
9    AGREEMENT, WOULD BE FOR PARTIES TO FILE A DISMISSAL.
10          WHEN WOULD YOU EXPECT --
11           MR. BOIES:  I THINK WE WOULD DO THAT TODAY.
12           THE COURT:  YOU WILL HAVE NO ARGUMENT FROM THE COURT.
13        ALL RIGHT.  WELL, I DO APPRECIATE YOUR LETTING ME KNOW OF
14   THIS AND I CONGRATULATE YOU ON THE SUCCESSFUL RESOLUTION.
15        IF I MIGHT SUGGEST, I TAKE IT FROM THIS SIDE YOU ARE NOT
16   INTERESTED IN DISCLOSING ANYTHING OTHER THAN WHAT'S PROVIDED
17   HERE?
18           MR. J. FUISZ:  MAYBE NOT EVEN THAT, YOUR HONOR.
19           MR. BOIES:  I THINK WE WILL NEED SOME STATEMENT.
20        THE IDEA WAS WE WOULD MAKE THIS STATEMENT HERE AND
21   HOPEFULLY THAT WOULD GIVE PEOPLE WHAT THEY NEED.
22         BECAUSE OF THERANOS INVESTORS, THERE WILL BE SOME
23   QUESTIONS TO ANSWER TO THEM.  BUT OVER TIME I THINK THIS WOULD
24   SOMEHOW COME OUT, BUT THE IDEA IS NOT TO HAVE ANY MORE
25   PUBLICITY THAN IS ESSENTIAL.
```

1    THERE HAS BEEN A REPORTER WHO I THINK HAS BEEN COVERING
2    THIS, AND I THINK IT'S LIKELY THAT AT LEAST THE FACT OF THE
3    ENDING OF THE TRIAL AND THIS STATEMENT WOULD BE PICKED UP.
4             THE COURT:  ALL RIGHT.
5        IF I MIGHT SUGGEST, I THINK IT SUFFICIENT THAT I SIMPLY
6    NOTE ON THE RECORD THAT THERE HAS BEEN A SETTLEMENT, AND THAT
7    IN LIGHT OF THAT, THE TRIAL IS NO LONGER NECESSARY.
8        I WILL REFRAIN FROM ANY FURTHER COMMENTARY THAN THAT.
9    AND I WILL LEAVE IT TO THE PARTIES TO IMPLEMENT AND EXECUTE
10   PARAGRAPH 6 AS THEY SEE FIT.
11      OKAY?
12            MR. BOIES:  YES, YOUR HONOR.
13            MR. J. FUISZ:  OKAY.  THANK YOU, YOUR HONOR.
14            THE COURT:  WHY DON'T WE TAKE THE BENCH AND PROCEED
15   WITH THAT.
16            MR. BOIES:  THANK YOU, YOUR HONOR.
17       (ON THE RECORD.)
18            THE COURT:  I HAVE BEEN INFORMED BY COUNSEL AS WELL
19   AS THE PARTIES THAT A SETTLEMENT HAS BEEN REACHED IN THIS
20   MATTER AND THAT A TRIAL IS NO LONGER NECESSARY.
21       SO IN LIGHT OF THAT, LET ME SAY TO COUNSEL AND THE
22   PARTIES, IT'S BEEN A LONG AND WINDING ROAD FOR US ALL, BUT I
23   TRUST THAT THIS RESOLUTION IS MUTUALLY SATISFACTORY.
24       IN LIGHT OF THAT, I WANT TO CONGRATULATE YOU FOR YOUR
25   EFFORTS.  AND LET ME ALSO SAY PERSONALLY AND PROFESSIONALLY

1  THIS HAS BEEN AN EXTREMELY REWARDING EXPERIENCE FOR ME AND I DO
2  ENJOY HAVING YOU IN MY COURT AND I LOOK FORWARD TO SEEING, AT
3  LEAST SOME OF YOU, BACK HERE IN PERHAPS A MORE PLEASANT
4  CONTEXT.
5       WITH THAT I WISH YOU SAFE TRAVELS HOME AND THE VERY BEST
6  IN THE FUTURE.
7           MR. BOIES:  THANK YOU, YOUR HONOR.
8           THE COURT:  MR. RIVERA RIGHTLY POINTS OUT WE DO HAVE
9  THE SMALL MATTER OF A JURY.
10      AND I THINK IT FAIR TO BRING THEM IN, DISCHARGE THEM WITH
11 ALL OF US HERE.  SO LET'S TAKE CARE OF THAT.
12      I WILL INFORM THEM SIMPLY THAT A SETTLEMENT HAS BEEN
13 REACHED AND THANK THEM FOR THEIR TIME.
14          MR. BOIES:  WOULD IT APPROPRIATE FOR US, YOUR HONOR,
15 TO JUST THANK THEM AS WELL?
16          THE COURT:  I WILL GIVE EACH OF YOU THE OPPORTUNITY.
17 I THINK THAT WOULD BE FAIR AND APPROPRIATE.  ABSOLUTELY.
18          MR. BOIES:  THANK YOU, YOUR HONOR.
19          THE COURT:  MR. RIVERA, WOULD YOU PLEASE BRING THE
20 JURY IN.
21      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN THE
22 PRESENCE OF THE JURY:)
23          THE COURT:  PLEASE BE SEATED.
24      LADIES AND GENTLEMEN, GOOD MORNING.  HAPPY ST. PATRICK'S
25 DAY.

|     |                                                                |
| --- | -------------------------------------------------------------- |
| 1   | I TRUST THAT YOU HAD A VERY GOOD WEEKEND.                      |
| 2   | I HAVE THE PRIVILEGE OF INFORMING YOU THIS MORNING THAT        |
| 3   | THE PARTIES HAVE REACHED A SETTLEMENT OF THIS CASE, AND WITH   |
| 4   | THAT A TRIAL IS NO LONGER NECESSARY.                           |
| 5   | LET ME EXPLAIN TO YOU A COUPLE THINGS, IF I COULD, BEFORE      |
| 6   | I RELEASE YOU TO YOUR NORMAL LIVES.                            |
| 7   | FIRST, UNDOUBTEDLY, FOR AT LEAST ONE OR MORE OF YOU THERE      |
| 8   | WILL BE A SMALL SENSE OF DISAPPOINTMENT THAT THE CASE HAS NOT  |
| 9   | PROCEEDED.                                                     |
| 10  | LET ME JUST ASSURE YOU IF YOU ARE DISAPPOINTED THAT YOUR       |
| 11  | PARTICIPATION IN THIS PROCESS HAS NOT BEEN IN VAIN, IT'S BEEN  |
| 12  | CRITICAL TO BRINGING THE PARTIES TO THIS POINT IN THEIR        |
| 13  | DISPUTE.                                                       |
| 14  | SO PLEASE, I MEAN THIS SINCERELY, YOU HAVE PROVIDED A          |
| 15  | VALUABLE SERVICE TO THIS COURT AND THESE PARTIES, AND FOR THAT |
| 16  | WE ARE ALL GRATEFUL.                                           |
| 17  | FOR WHAT I SUSPECT IS THE VAST MAJORITY OF YOU WHO ARE         |
| 18  | THRILLED TO BE MOVING ON WITH THE REST OF YOUR LIVES, LET ME   |
| 19  | SAY THAT AS SOON AS WE ARE COMPLETED WITH OUR PROCEEDINGS HERE |
| 20  | THIS MORNING, MR. RIVERA WILL TAKE YOU BACK INTO THE JURY ROOM,|
| 21  | HE WILL GIVE YOU SOME FINAL INSTRUCTIONS FOR REIMBURSEMENT,    |
| 22  | PARKING, THAT SORT OF THING, AND THEN AT THAT POINT YOU WILL BE|
| 23  | FREE TO GO.                                                    |
| 24  | IF YOU WOULD LIKE, AND I WOULD CERTAINLY ENJOY THIS            |
| 25  | OPPORTUNITY, I WOULD LIKE TO COME BACK AND VERY QUICKLY THANK  |

1  YOU IN PERSON FOR YOUR SERVICE.  BUT IF YOU DON'T WANT TO STAY,
2  THAT'S YOUR RIGHT AND YOU ARE FREE TO GO.
3        IN THAT SAME SPIRIT, IF EITHER OF THE ATTORNEYS, OR I
4  SHOULD SAY ANY OF THE ATTORNEYS OR ANY OF THE PARTIES WANTED TO
5  SPEAK TO YOU, THEY HAVE A RIGHT TO ASK YOU, BUT YOU DON'T HAVE
6  TO SPEAK BACK TO THEM.
7        IN OTHER WORDS, IF YOU WANT TO JUST GET BACK TO YOUR
8  LIFE, YOU CAN POLITELY DECLINE AND MOVE ON.  THE SAME IS TRUE
9  FOR THE PRESS OR ANYBODY ELSE THAT MAY BE INTERESTED IN THIS
10 CASE.  YOU DON'T HAVE TO SAY ANYTHING IF YOU DON'T WANT TO SAY,
11 BUT YOU ARE ALSO FREE TO SPEAK ABOUT YOUR EXPERIENCE.
12        I WOULD LIKE TO FINALLY GIVE THE ATTORNEYS AND THE
13 PARTIES AN OPPORTUNITY TO THANK YOU HERE IN THE COURT FOR YOUR
14 SERVICE.
15        MR. BOIES, DO YOU WANT TO PROCEED?
16        MR. BOIES:  YES, YOUR HONOR.
17        AND I DO WANT TO THANK YOU.  WHAT THE JUDGE SAID IS
18 EXACTLY RIGHT, WE NEVER WOULD HAVE GOTTEN HERE WITHOUT HAVING
19 THE JURY IN THE BOX AND PARTICULARLY THE JURY PAYING AS MUCH
20 ATTENTION TO THIS CASE AS YOU WERE.
21        SO I SAID WHEN I STARTED THAT THIS IS A COUNTRY WHERE WE
22 COME TO THE COURT FOR JUSTICE, AND WE CAN NOT DO JUSTICE
23 WITHOUT YOU.
24        SO THANK YOU VERY MUCH.
25              THE COURT:  MR. FUISZ OR ANYONE ELSE, WOULD YOU LIKE

```
 1    TO SAY ANYTHING?
 2             MR. J. FUISZ:  I SIMPLY WANT TO ECHO THE SAME
 3    SENTIMENTS.
 4        I KNOW, I COULD SEE ALL OF YOU WORKING AND PAYING A LOT OF
 5    ATTENTION, AND I WANT YOU TO KNOW THAT I REALLY APPRECIATE IT.
 6         I REALLY DO APPRECIATE IT.
 7             THE COURT:  THANK YOU, SIR.
 8        DR. FUISZ?
 9             MR. R. FUISZ:  YES.
10        THANK YOU VERY, VERY MUCH.  THANK YOU FOR YOUR ATTENTION,
11    AND I'M SORRY YOU MISSED OUT ON SOME STORIES.
12             THE COURT:  ALL RIGHT.
13        UNLESS THERE'S ANYTHING FURTHER, COUNSEL AND THE PARTIES,
14    MR. RIVERA, WOULD YOU PLEASE TAKE THE JURY BACK.
15        LADIES AND GENTLEMEN, I WILL BE BACK THERE IN JUST A MINUTE
16    AND I WILL GIVE YOU SOME FINAL WORDS.
17         (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD OUT OF
18    THE PRESENCE OF THE JURY:)
19             THE COURT:  ALL RIGHT.
20        I WILL GIVE YOU THIS PIECE OF PAPER BACK.  I CERTAINLY
21    DON'T NEED TO SEE IT ANYMORE.
22         AND WITH THAT I WISH YOU ALL SAFE TRAVELS HOME.
23             MR. BOIES:  THANK YOU VERY MUCH, YOUR HONOR.
24             THE COURT:  THANK YOU ALL.
25         (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)
```

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 3/17/14