DAVID BOIES (admitted *pro hac vice*)
Email: dboies@bsfllp.com
WILLIAM MARSILLO (admitted *pro hac vice*)
Email: wmarsillo@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

D. MICHAEL UNDERHILL (admitted *pro hac vice*)
Email: munderhill@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

MICHAEL D. JAY (SBN 223827)
Email: mjay@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

*Attorneys for Plaintiffs*
THERANOS, INC. and ELIZABETH HOLMES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES,<br><br>Plaintiffs,<br>v.<br><br>FUISZ PHARMA LLC, RICHARD C. FUISZ, and JOSEPH M. FUISZ,<br><br>Defendants. | Case No. 11-CV-05236-PSG<br><br>**STIPULATION OF FINAL JUDGMENT**<br><br>Dept.: Courtroom 5, 4th Floor<br>Judge: Honorable Paul Singh Grewal<br><br>TRIAL DATE: MARCH 13, 2014 |

STIPULATION OF FINAL JUDGMENT
CASE NO. 11-CV-05236-PSG

## STIPULATION OF FINAL JUDGMENT

**WHEREAS** Plaintiffs Theranos, Inc. and Elizabeth Holmes and Defendants Fuisz Pharma LLC, Richard C. Fuisz, and Joseph M. Fuisz (collectively, the "Parties") have agreed to resolve this matter pursuant to the settlement agreement (the "Agreement") with an effective date of March 16, 2014, the terms and conditions of which are incorporated by reference herein;

**THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to the Agreement and subject to the approval of the Court, as follows:

1. All claims of U.S. Patent No. 7,824,612 (the "'612 Patent") are found to be invalid.
2. The Second Amended Complaint is dismissed with prejudice with each party to bear its own costs, expenses, and attorney's fees.

**IT IS SO STIPULATED.**

Dated: March 17, 2014                    BOIES, SCHILLER & FLEXNER LLP

                                         By: _____David Boies_____
                                              David Boies

                                         *Attorneys for Plaintiffs*
                                         Theranos Inc. and Elizabeth Holmes

Dated: March 17, 2014                    By: _____
                                              FUISZ PHARMA LLC
                                              by: Joseph Fuisz

Dated: March 17, 2014                    By: _____
                                              Richard C. Fuisz

Dated: March 17, 2014                    By: _____
                                              Joseph M. Fuisz

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: March 17, 2014

_____
PAUL SINGH GREWAL
United States Magistrate Judge

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), I, Michael D. Jay, attest that I obtained the concurrences of David Boies, Joseph M. Fuisz, Richard C. Fuisz, and Fuisz Pharma LLC to file this document on their behalf.

Dated: March 17, 2014

BOIES, SCHILLER & FLEXNER LLP

By: __/s/ Michael D. Jay_
    Michael D. Jay
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

*Attorneys for Plaintiffs*
*Theranos, Inc. and Elizabeth Holmes*