1  DAVID BOIES (admitted *pro hac vice*)
   Email: dboies@bsfllp.com
2  WILLIAM MARSILLO (admitted *pro hac vice*)
   Email: wmarsillo@bsfllp.com
3  BOIES, SCHILLER & FLEXNER LLP
   333 Main Street, Armonk, NY 10504
4  Telephone: (914) 749-8200
   Facsimile: (914) 749-8300
5

6  D. MICHAEL UNDERHILL (admitted *pro hac vice*)
   Email:  munderhill@bsfllp.com
7  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave. NW
8  Washington, DC 20015
   Telephone: (202) 237-2727
9  Facsimile: (202) 237-6131

10

11 MICHAEL D. JAY (SBN 223827)
   Email: mjay@bsfllp.com
12 BOIES, SCHILLER & FLEXNER LLP
   401 Wilshire Blvd., Suite 850
13 Santa Monica, CA 90401
   Telephone: (310) 752-2400
14 Facsimile: (310) 752-2490

15

   *Attorneys for Plaintiffs*
16 THERANOS, INC. and ELIZABETH HOLMES

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN JOSE DIVISION
20

21 THERANOS, INC. and ELIZABETH HOLMES,      Case No. 11-CV-05236-PSG

22              Plaintiffs,                   **STIPULATION OF FINAL JUDGMENT**

23       v.                                   Dept.:  Courtroom 5, 4th Floor
24 FUISZ PHARMA LLC, RICHARD C. FUISZ,        Judge:  Honorable Paul Singh Grewal
   and JOSEPH M. FUISZ,
25                                            TRIAL DATE:  MARCH 13, 2014

26              Defendants.

27

28

BOIES, SCHILLER & FLEXNER LLP<br>SANTA MONICA, CALIFORNIA

1     <u>**STIPULATION OF FINAL JUDGMENT**</u>

2     **WHEREAS** Plaintiffs Theranos, Inc. and Elizabeth Holmes and Defendants Fuisz Pharma

3 LLC, Richard C. Fuisz, and Joseph M. Fuisz (collectively, the "Parties") have agreed to resolve this

4 matter pursuant to the settlement agreement (the "Agreement") with an effective date of March 16,

5 2014, the terms and conditions of which are incorporated by reference herein;

6     **THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to the Agreement and

7 subject to the approval of the Court, as follows:

8     1.     All claims of U.S. Patent No. 7,824,612 (the "'612 Patent") are found to be invalid.

9     2.     The Second Amended Complaint is dismissed with prejudice with each party to bear

10 its own costs, expenses, and attorney's fees.

12     **IT IS SO STIPULATED.**

14     Dated: March 17, 2014             BOIES, SCHILLER & FLEXNER LLP

15                                     By: _____

16                                        David Boies

17                                    *Attorneys for Plaintiffs*

18                                    Theranos Inc. and Elizabeth Holmes

20     Dated: March 17, 2014             By: _____

21                                        FUISZ PHARMA LLC
                                           by: Joseph Fuisz

23     Dated: March 17, 2014             By: _____

                                       Richard C. Fuisz

25     Dated: March 17, 2014             By: _____

26                                        Joseph M. Fuisz

1

1    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

4    Dated: March 17, 2014

5    PAUL SINGH GREWAL
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF FINAL JUDGMENT
CASE NO. 11-CV-05236-PSG

BOIES, SCHILLER & FLEXNER LLP
SANTA MONICA, CALIFORNIA

1

**ATTESTATION OF FILER**

2       Pursuant to Civil L.R. 5-1(i)(3), I, Michael D. Jay, attest that I obtained the concurrences of

3   David Boies, Joseph M. Fuisz, Richard C. Fuisz, and Fuisz Pharma LLC to file this document on

4   their behalf.

5

6   Dated: March 17, 2014                    BOIES, SCHILLER & FLEXNER LLP

7                                            By: __/s/ Michael D. Jay__
                                                  Michael D. Jay
8                                            BOIES, SCHILLER & FLEXNER LLP
                                             401 Wilshire Blvd., Suite 850
9                                            Santa Monica, CA 90401
                                             Telephone: (310) 752-2400
10                                           Facsimile: (310) 752-2490

11
                                             *Attorneys for Plaintiffs*
12                                           *Theranos, Inc. and Elizabeth Holmes*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION OF FILER
CASE NO. 11-CV-05236-PSG

BOIES, SCHILLER & FLEXNER LLP
SANTA MONICA, CALIFORNIA